UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

IYKE CHURCHILL

                  Plaintiff(s),

**DEFENDANT'S
RULE 26 (a)
DISCLOSURE**

**08CIV0255**
(CM) (NAJ)

    -against-

CITY OF MOUNT VERNON, MOUNT VERNON POLICE
DEPARTMENT, LIEUTENANT ADINARO,
DETECTIVE ENZO BAIA, DETECTIVE BAILEY,
DETECTIVE BONCARDO, DETECTIVE FEGAN GEORGIO,
DETECTIVE MASTROGIORGIO, AND
DETECTIVE OSSIBO
                Defendant(s).

------------------------------------------------------------------------x

DEFENDANT, **CITY OF MOUNT VERNON**, BY ITS ATTORNEY

HELEN M. BLACKWOOD, ESQ., CORPORATION COUNSEL, pursuant to FRCP

RULE 26(a)(1), upon information and belief hereby states:

A.    Name and if known address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claim or defenses:

> **Response**:    Lieutenant Adinaro, Mount Vernon Police, Two Roosevelt Square, Mount Vernon, New York 10550; 914-665-2500;
>
> •    Detective Enzo Baia Mount Vernon Police, Two Roosevelt Square, Mount Vernon, New York 10550; 914-665-2500;
>
> •    Detective Martin Bailey, Mount Vernon Police, Two Roosevelt Square, Mount Vernon, New York 10550; 914-665-2500;
>
> •    Detective Boncardo, Mount Vernon Police, Two Roosevelt Square, Mount Vernon, New York 10550; 914-665-2500;
>
> •    Detective Ossipo, Mount Vernon Police, Two Roosevelt Square, Mount Vernon, New York 10550; 914-665-2500;'

- Sergeant Podszus, Mount Vernon Police, Two Roosevelt Square, Mount Vernon, NY 10550, 665-2500;

- John Lyles, 53 Glenwood Avenue, Apt. 2B, Mount Vernon NY, 914-968-0279;

- Angel Vicente, 257 South 3rd Avenue, 914-562-7329;

- Montia Osborne, 273 W. Lincoln Avenue, Mt. Vernon NY 557-2637 or 914-562-6899.

B.    A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Response**:

Police Report # 06-34724
Police Report #07-594 with Supplemental from id#2929
Statements of John Lyles starting at 2340hrs
Statement of John Lyles starting at 1715hrs
Photo Array signed by John Lyles
Statement of Angel Vicente starting at 1410hrs
Photo Array signed by Angel Vicente
Statement of Montia Osbourne starting at 1845hrs
Photo Array signed by Montia Osbourne

Dated:  Mount Vernon, New York
    April 8, 2008

                HELEN M. BLACKWOOD, ESQ.
                CORPORATION COUNSEL

        By:     _____
                NICHELLE A. JOHNSON, ESQ. (NAJ7688)
                Attorneys for Defendant
                CITY OF MOUNT VERNON'
                1 Roosevelt Square
                Mount Vernon, New York 10550
                (914) 665-2366

To:    Anselmo A. Alegria
    Attorneys for Plaintiff
    245 Main St.
    Suite 410
    White Plains, NY 10601

| 1. Agency | MVPD | | 2. □ /Precinct | D | New York State INCIDENT REPORT | 3. ORI NY0590200 | 4. □ Org □ Supp | 5. Case No. | 6. Incident No. 06-5474 |

| 7. Report Day SAT | 8. Date 09 09 06 | 9. Report Time 1350 | Occurred On/From: | 10. Day SAT | 11. Date 09 09 06 | 12. Time 1330 | Occurred To: | 13. Day SAT | 14. Date 09 09 06 | 15. Time 1340 |

**INCIDENT**

16. Incident Type: DISPUTE

17. Business Name:

18. Weapon(s):

19. Incident Address (Street No., Street Name, Bldg. No., Apt. No.): 148 W. 1ST ST

20. City, State, Zip (□C □T □V): MT. VERNON NY

21. Location Code: 6003

| 22. OFF. NO. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS | 23. No. of Victims X |
| 1 | MVCC | 5900 | — | — | — | — | C | DISPUTE / DISTURBANCE | | |
| 2 | | | | | | | | | | 24. No. of Suspects X |
| 3 | | | | | | | | | | |

**ASSOCIATED PERSONS**

25. Person Type: CO=Complainant OT=Other PI=Person Interviewed PR=Person Reporting WI=Witness NI=Not Interviewed VI=Victim    26. Victim also complainant □Y □N

| TYPE/NO | NAME (LAST, FIRST, MIDDLE, TITLE) | Date of Birth | STREET NO., STREET NAME, BLDG. NO., APT. NO., CITY, STATE, ZIP | Telephone No. |
| C1 | CHURCHILL, ISAAC | 03/13/63 | 262 S. 9TH AVE MT. VERNON NY | 319-8124 |
| I1 | FOSTER, DWAYNE | 09/21/69 | 273 W. LINCOLN AVE. MT. VERNON | 557-2637 |
| I2 | OSBOURN, MONTIA | 09/12/73 | 273 W. LINCOLN AVE MT. VERNON | 557-2637 |

**VICTIM**

| 27. Date of Birth | 28. Age | 29. Sex □M □F □U | 30. Race □White □Black □Other □Indian □Asian □Unk. | 31. Ethnic □Hispanic □Unk. □Non-Hispanic | 32. Handicap □Yes □No | 33. Residence Status □Temp. Res. - Foreign Nat. □Resident □Tourist □Student □Other □Commuter □Military □Homeless □Unk. |

**SUSPECT / ARRESTED PERSON / MISSING PERSON**

34. Type/No. | 35. Name (Last, First, Middle) | 36. Alias/Nickname/Maiden Name (Last, First, Middle) | 37. Apparent Condition □Impaired Drugs □Mental Dis. □Unk. □Impaired Alco. □Inj/Ill □App Norm

38. Address (Street No., Street Name, Bldg. No., Apt. No., City, State, Zip) | 39. Phone No. | 40. Social Security No. □Home □Work

| 41. Date of Birth | 42. Age | 43. Sex □M □F □U | 44. Race □White □Black □Other □Indian □Asian □Unk. | 45. Ethnic □Hispanic □Unk. □Non-Hispanic | 46. Skin □Light □Dark □Unk. □Medium □Other | 47. Occupation |

| 48. Height | 49. Weight | 50. Hair | 51. Eyes | 52. Glasses □Yes □Contacts □No | 53. Build □Small □Large □Medium | 54. Employer/School | 55. Address |

56. Scars/Marks/Tattoos (Describe):    57. Misc.

**PROPERTY**

| 58. Victim or Suspect No. | Property Status | Property Type | Quantity / Measure | Make or Drug Type | Model | Serial No. | Description | Value |
| | | | | | | | | |

**VEHICLE**

| 59. Vehicle Status | 60. License Plate No | Full □ Partial □ | 61. State | 62. Exp. Yr. | 63. Plate Type | 64. Value |
| 65. Veh. Yr. | 66. Make | | 67. Model | | 68. Style | 69. VIN. |
| 70. Color(s) | 71. Towed By: ___ To: ___ | | | 72. Vehicle Notes |

**NARRATIVE**

73. ON SEPT 9TH 2006 AT 1330 HRS I RESPONDED TO 148 W. 1ST ST ON A REPORTED DISPUTE. UPON ARRIVAL SPOKE TO C₁ (CHURCHILL, ISAAC) WHO STATED THAT WHILE ARGUING WITH I₂ (OSBOURN, MONTIA), I₁ (FOSTER, DWAYNE) STRUCK HIM IN THE LEFT SIDE OF HIS FACE. I₁ STATED THAT HE MOVED C₁ BACK BECAUSE C₁ WAS VERY CLOSE TO I₂ WHILE YELLING AT HER. SGT. PODELL ON SCENE. C₁ SHOWED NO VISIBLE SIGN OF INJURY. AFTER INVESTIGATION ON SCENE I WAS UNABLE TO SUBSTANTIATE C₁'S CLAIM. THIS IS FOR DOCUMENTARY PURPOSES ONLY

**ADMINISTRATIVE**

74. Inquiries (Check all that apply): □DMV □Want/Warrant □Scofflaw □Crim. History □Stolen Property □Other

75. NYSPIN Message No.

76. Complainant Signature: _____ 09-10-06

77. Reporting Officer Signature (Include Rank): #135

78. ID No.

79. Supervisor Signature (Include Rank): #48 Sr12

80. ID No.

| 81. Status | □Open □Closed (If Closed, check box below) ☑Unfounded | 82. Status Date 09 09 06 | 83. Notified/TOT |
| □Vict. Refused to Coop. | □Arrest □Prcs. Declined □Warrant Advised | | |
| □CBI □Juv. - No Custody | □Arrest - Juv. □Offender Dead □Extrad. Decin. □Unknown | | |

B use cover sheet

84. Page: 03

Pages

DC IS 3205 (10/02)    *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW

**New York State INCIDENT REPORT**

| 1. Report Day | 2. Division/Precinct | 3. ORI | 4. ☑ Orig ☐ Supp | 6. Incident No. |
|---|---|---|---|---|
| MVPD | | NY 0590300 | | 07 594 |

| 7. Report Day | 8. Date | 9. Report Time | 10. Occurred On/From: | 10. Day | 11. Date | 12. Time | Occurred To: | 13. Day | 14. Date | 15. Time |
|---|---|---|---|---|---|---|---|---|---|---|
| FR | 01 |05| 07 | 1817 | FRI | 01 | 05 | 07 | 1817 | FRI | 01 | 05 | 07 | 1817 |

**INCIDENT**

| 16. Incident Type | 17. Business Name | 18. Weapon(s) |
|---|---|---|
| ASSAULT 1ST DEGREE | FOUR STAR DELI | FIREARM |

| 19. Incident Address (Street No., Street Name, Bldg. No., Apt. No.) | 20. City, State, Zip ☑ X ☐ T ☐ VI | 21. Location Code |
|---|---|---|
| 18 E. 3RD ST. (INSIDE) | MT VERNON NY 10550 | 6003 |

| 22. OFF. NO. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS | 23. No. of Victims |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | 120.10 | | B | FEL | 1ST | C | ASSAULT IN THE FIRST DEGREE | | 1 |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | 24. No. of Suspects | 1 |

**ASSOCIATED PERSONS**

25. Person Type: CO = Complainant OT = Other PI = Person Interviewed PR = Person Reporting WI = Witness NI = Not Interviewed VI = Victim — 26. Victim also complainant ☑ Y ☐ N

| TYPE/NO | NAME (LAST, FIRST, MIDDLE, TITLE) | Date of Birth | STREET NO., STREET NAME, BLDG. NO., APT. NO., CITY, STATE, ZIP | Telephone No. |
|---|---|---|---|---|
| V1 | FOSTER, DWAYNE | 9/22/69 | 28 UNION AVE MT VERNON NY 10550 | |
| W1 | LYLES, JOHN | — | UNKNOWN ADDRESS | |

**VICTIM**

| 27. Date of Birth | 28. Age | 29. Sex | 30. Race | 31. Ethnic | 32. Handicap | 33. Residence Status |
|---|---|---|---|---|---|---|
| 09 22 69 | 37 | ☑ M ☐ F ☐ U | ☐ White ☑ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk. | ☐ Hispanic ☐ Unk. ☑ Non-Hispanic | ☐ Yes ☑ No | ☑ Resident ☐ Tourist ☐ Student ☐ Other ☐ Commuter ☐ Military ☐ Homeless ☐ Unk |

**SUSPECT / MISSING/ARRESTED PERSON**

| 34. Type/No | 35. Name (Last, First, Middle) | 36. Alias/Nickname/Maiden Name (Describe) | 37. Apparent Condition |
|---|---|---|---|
| S1 | UNKNOWN | | ☐ Impaired Drugs ☐ Mental Dis ☐ Unk. ☐ Impaired Alco ☐ Inj / Ill ☐ App Norm |

| 38. Address (Street No., Street Name, Bldg. No., Apt. No., City, State, Zip) | 39. Phone No. | 40. Social Security No. |
|---|---|---|
| | ☐ Home ☐ Work | |

| 41. Date of Birth | 42. Age | 43. Sex | 44. Race | 45. Ethnic | 46. Skin | 47. Occupation |
|---|---|---|---|---|---|---|
| | | ☑ M ☐ F ☐ U | ☐ White ☑ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk. | ☐ Hispanic ☐ Unk. ☑ Non-Hispanic | ☐ Light ☐ Dark ☐ Unk. ☑ Medium ☐ Other | |

| 48. Height | 49. Weight | 50. Hair | 51. Eyes | 52. Glasses | 53. Build | 54. Employer/School | 55. Address |
|---|---|---|---|---|---|---|---|
| | | | | ☐ Yes ☐ Contacts ☐ No | ☐ Small ☐ Large ☑ Medium | | |

| 56. Scars/Marks/Tattoos (Describe) | 57. Misc. |
|---|---|
| | MALE BLACK 5'10" WHITE HOODY W/ RED LETTERING |

**PROPERTY**

| 58. Victim or Suspect No. | Property Status | Property Type | Quantity/ Measure | Make or Drug Type | Model | Serial No. | Description | Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | 59. Vehicle Status | 60. License Plate No | Full ☐ Partial ☐ | 61. State | 62. Exp. Yr. | 63. Plate Type | 64. Value |
|---|---|---|---|---|---|---|---|
| **VEHICLE** | 65. Veh. Yr. | 66. Make | | 67. Model | 68. Style | 69. VIN. | |
| | 70. Color(s) | 71. Towed By: To: | | | | 72. Vehicle Notes | |

**NARRATIVE**

73. ON 1|5|07 @ 1817 HRS RESPONDED TO 18 E. 3RD ST. (FOUR STAR DELI) ON REPORT OF SHOTS FIRED AND A MAN DOWN. UPON ARRIVAL AT INCIDENT LOCATION LOCATED (V.) FOSTER, DWAYNE IN THE REAR OF THE STORE ON THE GROUND SEMI-CONSCIOUS. UPON FURTHER INVESTIGATION FOUND (V.) SHOT 3 TIMES IN RT. LEG LOWER BACK & LEFT SIDE OF CHEST (V.) WAS TAKEN TO MT. VERNON ER BY A-1 W/ DET. BURNETT RIDING ALONG (V.) IS IN CRITICAL CONDITION AT THIS TIME @ MT VERNON HOSPITAL (W.) LYLES, JOHN A WITNESS ON SCENE TAKEN INTO DETECTIVE DIVISION FOR QUESTIONING W/ DET. THOMPSON. OTHER WITNESSES TRANSPORTED TO DETECTIVE DIVISION FOR QUESTIONING. (V.) FLED E/B ON 3RD ST. FROM INCIDENT LOCATION. DET. REPS 2103 #12, CSU SGT. CPT RIDING ON SCENE. CRIME SCENE SET UP ALONG W/ CANVAS FOR SUSPECTS & WITNESS WHICH YIELDED NEGATIVE RESULTS. DET. BUICARD NOTIFIED & WILL BE FOLLOWING UP W/ THIS INCIDENT. DETECTIVE BUICARD INVESTIGATING STORE SURVEILLANCE TAPE. POSSIBLE WITNESSES INVESTIGATED BY DETECTIVE DIVISION. THIS OFFICER LOCATED 2 40. CALIBER

**ADMINISTRATIVE**

| 74. Inquiries (Check all that apply) ☐ DMV ☐ Want/Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 75. NYSPIN Message No | 76. Complainant Signature |
|---|---|---|

| 77. Reporting Officer Signature (Include Rank) | 78. ID No. | 79. Supervisor Signature (Include Rank) | 80. ID No. |
|---|---|---|---|
| PO D. Clark #2637 | 0740 | | 0064 |

| 81. Status ☑ Open ☐ Closed (If Closed, check box below) ☐ Unfounded ☐ Vict. Refused to Coop. ☐ Arrest ☐ Pros Declined ☐ Warrant Advised ☐ CBI ☐ Juv. -No Custody ☐ Arrest-Juv ☐ Offender Dead ☐ Extrad. Declin ☐ Unknown | 82. Status Date 01 05 07 | 83. Notified/TOT DET. BUICARD |
|---|---|---|

CJS-3205 (2/97)    *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW.

B use cover sheet

84. 1 Page 2 of Pages

| 1. Agency MVPD | 2. Loc/Precinct B | New York State SUPPLEMENTAL REPORT | Supplement To: | 3. Incident No 07-0514 | 4. Arrest No |
| 5. Date Mo 5 Day 07 | 6. Time of Report 1817 | 7. Complainant Name Foster, Dwayne | | 8. Assault 1st | |
| Block No. | 9. Narrative (Indicate Block No. in left margin) | | | | |

Responded to 18 E. 3rd Street (Four Star Deli) on a 10-46. Upon arrival, the undersigned entered the Deli and observed V₁ (Foster, Dwayne DOB 9/22/69) laying in the rear of the Deli w/ an apparent gun shot wound to the L/upper abdomen. EMS arrived on scene along w/ Sgt. Podszus who assigned the undersigned to respond to Mt. Vernon ER w/ EMS. Upon arrival at Mt. Vernon ER DR. Efiong, DR. AGbongPolo and DR. Karen Filian tended to V₁ at which time it became apparent that V₁ suffered a bullet wound to L/upper abdomen, R/Lower back and R/Thigh. The undersigned collected V₁'s clothing and turned said clothing over to Det. Castellano. At approx. 1850hrs, the undersigned advised V₁ that he would die from his wounds (Dying Declaration). V₁ told me his name and date of birth and stated he did not know the person who shot him. V₁ described the shooter as a black male approx. 5'10" No age or complexion. V₁ passed out at this point but in a few moments further indicated that a male friend known to him as John Lyles (I₁) was with him at the time of the shooting. V₁ further stated that John Lyles warned him that the killer was approaching w/ a gun in his hand. V₁ could not produce a date of birth or address for John Lyles. At approx. 1942hrs, V₁ was transported to operating Room where DR. Efiong, DR. AGong Polo & DR. Karen Filian performed emergency surgery. At approx. 2220hrs, DR. Karen Filian pronounced V₁ dead as a result of injuries suffered in this Shooting Incident.

Right margin numbered boxes: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, Total

| ADMINISTRATIVE | | |
|---|---|---|
| 10. Inquiries (check all that apply) ☐ DMV ☐ Want/Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 11. NYSPIN Message No. | 12. |
| 13. Reporting Officer Signature (include Rank) Det. Rivas #109 | 14. ID No. 2929 | 15. Supervisor's Signature (include Rank) |
| | | 16. ID No. |
| 17. ☐ Case Studies ☑ Open ☐ Closed (if Closed, check box below) ☐ Unfounded ☐ Vict. Refused to Coop. ☐ Arrest ☐ Pros. Declined ☐ Warrant Advised ☐ CBI ☐ Juv. No Custody ☐ Arrest-Juv ☐ Offender Dead ☐ Extrad. Declin ☐ Unknown | 18. Status Date Mo 5 Day 1 Yr. 07 | 19. Notified/TOT Det. Boncardo |
| | 20. Page of Pages | B use cover sheet |

DCJS-3206 (3/93) Copyright© 1993 by New York State Division of Criminal Justice Services

```
POLICE DEPARTMENT      )          TIME STARTED:2340Hrs.
CITY OF MT. VERNON     )          TIME FINISHED:0030Hrs.
COUNTY OF WESTCHESTER)         SS. DATE:01-05-07
STATE OF NEW YORK      )          INCIDENT:07-594
                                  CASE #:
```

NOTICE:  The making of false statements in this instrument is
punishable  as a Class A Misdemeanor pursuant to Section 210.45 of
the New York State Penal Law.


    I, the undersigned John H Llyles reside at
345 Gramatan Ave. 2nd Fl. and I am 35 years of age being born on
04-17-71. I am presently unemployed. I have a home phone number of
(914-668-1883.  I do hereby make the statement to Detective Baia #134
knowing him to be amember of the Mount Vernon Police Department.


Q.   John the Mt.Vernon Police Dept. is currently investigating a
     homicide shooting which occurred inside the grocery store
     located at 18 E.3rd St. on this date at approximately 1819Hrs.
     in your own words can you please tell me what happened?

A.   We were hanging out in front of the Grocery store at 3rd Ave.
     and 3rd St. when a guy came out of a crowd people and pulled out
     a gun and began saying "Move, Move Get out the way", he chased
     me and my friend Dwayne Foster. we had no where to go but inside
     of the grocery store. I was in front of Dwayne I pushed the
     front door of the store open to get inside of the store. and
     Dwayne was running right behind me. once we got inside the store
     I ran in the direction of the back of the store towards the
     bathroom. we were running so close that we were grabbing each
     other. while trying to get to the rear of the store. Dwayne
     turned back to look at the shooter, and I heard two shots. then
     Dwayne fell to the floor. While this happened we fell into the
     potatoe chip rack knocking it over onto a customer that was
     already inside of the store.  At this point Dwayne was on the
     floor I was talking to Dwayne I was saying "are you alright .
     are you alright". Dwayne was'nt talking however he was knodding
     his head. and his eyes were opened. I then started yelling for
     the guy behind the counter to call the Police , and an Ambulance.

Q.   John did anyone help you at this point when Dwayne was on the
     ground?

A.   Yes there was a light skinned. kid there, but I don't know his
     name.

Q.   John can you describe the shooter to me?

A.   He was browned skinned . bald head. muscular build. he was
     wearing a Sky blue Hoodie type sweat jacket. with red stripes

running down the sle__ __s, he had sky blue jeans, and ' _hink
Black Nike sneakers __ __ut I'm not to sure of the snea. s.

Q.   John was there any type of an altercation between the shooter
     and Dwayne, or yourself prior to the shooting?

A.   No.

Q.   John did you ever see the shooter before?

A.   No, but I could reconize his face if I saw him again.

Q.   John was there anyone else in the store at the time of the
     shooting?

A.   The owners.

Q.   John does Dwayne have any kind of problems with anyone that you
     know of?

A.   No.

Q.   John to the best of you knowledge can you describe the gun the
     shooter had?

A.   It was greyish, I guess.

Q.   John what hand did the shooter have the gun in?

A.   His right hand, yeah his right hand.

Q.   John do you have anything further to add to this statement?

A.   No, thats it.


John Lyles: _____ 01-05-07.

Detective E. Baia#134: _____ 01-05-07.

POLICE DEPARTMENT    )
CITY OF MT. VERNON    )
COUNTY OF WESTCHESTER)    SS.
STATE OF NEW YORK    )

TIME STARTED:1715 hrs
TIME FINISHED:1740 hrs
DATE:01/18/07
INCIDENT: 07-594
CASE #: 48-1

NOTICE:  The making of false statements in this instrument is
punishable  as a Class A Misdemeanor pursuant to Section 210.45 of
the New York State Penal Law.


    I, the undersigned John Lyles do reside at
53 Glennwood Ave Apt 2B  Yonkers , N.Y.  and I am 35 years of age
being born on 04/17/71.  I am presently self-employed.  I have a home
phone number of 914-968-0279 and my work phone is: 914-968-0279.   I
do hereby make the statement to Detectives Roberto Boncardo D133 and
Det George Ossipo D131 knowing them to be members of the Mt Vernon
Police Dept.

Q: Mr. Lyles are you aware that the Mt Vernon Police Dept is
   investigating a Homicide which occurred on 01/05/07 at 18 East
   3rd Street in the City of Mt Vernon in which your friend Dwayne
   Foster was shot and killed?

A: Yes

Q: Did you provide a statement to Det Baia on 01/05/07 at 2340 hrs in
   regards to this incident?

A: Yes

Q: Did there come a time on 01/17/07 at 2315 hrs when you
   identified the person who shot your friend Dwayne Foster?

A: Yes

Q: I am showing you a photo array which you and I signed in the
   presence of Det Ossipo D131 in your home on 01/17/07 at 2315hrs.
   Is this the same person that that you circled #2 the same person
   who shot you friend Dwayne Foster at the time of this Homicide?

A: Yes.

Q: Are you sure that the person you circled #2 is the same person
   that shot Mr Foster?

A: Yes.

*********************************************************************
#2 in the photo array is described at Iyke O Churchill DOB 05/13/59
North Carolina SID NC0579723A  Social Security Number 243330578 LKA
262 South 9th Ave Mount Vernon , N.Y.
*********************************************************************

Q: Is there anything else you wish to add to this statement?

A: No

_____
John Lyles

_____
Det Roberto Boncardo D133

_____
Det George/Ossipo   D131

INCIDENT #_____ DB CASE #_____    CHECK EVIDENCE CATEGORY

Evidence Description _____

Place Evidence Recovered _____

Chain of Custody

Date: _____ Time: _____    From    To    Date

Suspect/Defendant _____ COMPLETE BACK OF CARD

Victim: _____

Evidence Recovered By: _____

COMPLETE BACK OF CARD



I have identified picture # _____ as the suspect on _____ (Date)

1

2

3

Signature: _____

```
POLICE DEPARTMENT    )                TIME STARTED:1410 hrs
CITY OF MT. VERNON   )                TIME FINISHED:1500 hrs
COUNTY OF WESTCHESTER)    SS.         DATE:01/19/07
STATE OF NEW YORK    )                INCIDENT:07-594
                                      CASE #: 48-1
```

NOTICE:  The making of false statements in this instrument is
punishable  as a Class A Misdemeanor pursuant to Section 210.45 of
the New York State Penal Law.


     I, the undersigned Angel Vicente do reside at 257 South 3rd Ave
basement Superintendent apartment Mount Vernon , N.Y.  10550 and I am
57 years of age being born on 10/24/50.  I am presently employed at
257 South 3rd Ave and 80 West Grand Street Mount Vernon , N.Y.
I have a home phone number of 914-562-7329 and my work phone is:
914-319-8651.  I do hereby make the statement to Detective Roberto
Boncardo D133 knowing him to be a member of the Mount Vernon Police
Department.

Q:  Mr. Vicente are you aware that the Mount Vernon Police Dept is
    investigating a Homicide (Shooting) that occurred on 01/05/07 at
    approx 6:15 PM at 18 East 3rd Streetin the City of Mount Vernon?

A:  Yes

Q:  In your own words can you tell me what you saw the evening of the
    incident?

A:  I was walking through the Pathmark Parking lot to go home.  I
    went to the store to buy a pack of Marlboro cigarettes.  I bought
    the cigarettes and walked outside.  Between the store and the
    telephones I was opening the pack of cigarettes.  I saw 2 guys
    wrestling on the sidewalk by the phones.  I saw a gun in one of
    the guy's hands.  I crossed the street and I went to the
    scaffold.  I turned around, I looked across the street and I seen
    the tall guy running around the corner.  Then two seconds later I
    hear 2 shots,  I didn't know where they were coming from.

Q:  When you saw the guy with the gun at the time of the incident
    did you see what he was wearing?

A:  No I don't remember.

Q:  Can you describe the physical description of the guy who was
    holding the gun?

A:  Male Black  5'10" to  5'11"  200 lbs with brown skin.

Q:  When the guy with the gun was on the sidewalk was he saying
    anything to the tall guy?

A:  He said ,"Your going to give me the money".  The tall guy said
    ,"You ain't going to get shit!"

Q:  Did the guy with the  un have any type of accent you ´ ᴉ
    remember?

A:  Yes a West Indian Accent.

Q:  What were the people on the street doing when they saw the guy
    with the gun?

A:  Everyone was running away.

Q:  In which hand did the guy hold the gun in?

A:  His right hand.

Q:  Can you describe the gun you saw in the guys' right hand?

A:  No

Q:  I showed you a photo array today that you signed.  The person you
    circled in  photo #2.  Where do you remember him from?

A:  I remember him as the guy on that day with the gun in his hand.

*********************************************************************
#2 is identified by the Mt Vernon Police Dept as Iyke O Churchill DOB
05/13/59 North Carolina ID NC0579723A  Social Security Number
243330578  LKA 262 South 9th Ave Mt Vernon , N.Y.
*********************************************************************

Q:  When you were across the street by the scaffold.  You looked back
    to see where the guy was with the gun.  In which direction did
    you see the guy with the gun running?

A:  I was down the block passed the scaffold about 150 feet from the
    store I saw the tall guy running around the corner and the guy
    with the gun running after him around the corner.  I heard the
    two shots and kept on walking fast back to my house.

Q:  Is there anything else you wish to add to this statement?

A:  No

Angel Vicente

Det Roberto Boncardo D133



I have identified picture # 2 as the suspect on 1/5/07 (Date)

Signature: _____

```
POLICE DEPARTMENT     )        TIME STARTED:1845Hrs
CITY OF MT. VERNON    )        TIME FINISHED:1945Hrs.
COUNTY OF WESTCHESTER)      SS. DATE:01-19-07
STATE OF NEW YORK     )         INCIDENT:07-594
                                CASE #: 1-48
```

NOTICE:  The making of false statements in this instrument is
punishable  as a Class A Misdemeanor pursuant to Section 210.45 of
the New York State Penal Law.


     I, the undersigned Montia Osborne do reside at
 273 W.Lincoln Ave. 2L and I am 33 years of age being born on
01-25-73.  I am presently employed at Scarsdale School District ,
Scarsdale ,N.Y. I have a home phone number of (914)562-6899. I do
hereby make the statement to Detective Baia#134 knowing him to be a
member of the Mount Vernon Police Department.



Q.   Ms.Osborne the Mt.Vernon Police Dept. is currently investigating
     the homicide of Dwayne Foster (09-22-69) that occurred on
     01-05-07 @ 18 E.3rd St @ approx. 1817Hrs., Ms.Osborne did you
     recall speaking to Detective Ossipo on the following day
     01-06-07?

A.   Yes.

Q.   Ms.Osborne what if anything did you and Det.Ossipo discuss on
     01-06-07?

A.   I explained to him how Dwayne Foster had an altercation with a
     Haitian man at the check cashing store at 148 W.1St St. in
     Mt.Vernon on 09-09-06.

Q.   Ms.Osborne when you came into H.Q. this evening (01-19-07),did
     you have an opportunity to view a photo array?

A.   Yes.

Q.   Ms.Osborne did you recognize anyone in that photo array?

A.   Yes.

Q.   And who did you recognize?

A.   Number 3.

Q.   Where did you recognize him from?

A.   He is the man I had an arguement with at the check cashing
     place.

M.O.

Q.  The man in position number 3, is known to the Mt.Verr   police
    dept. as Iyke Church   . (05-13-59). Is this the same   son that
    had the arguement with you on 09-09-06 at the check cashing
    store.

A.  Yes.

Q.  Ms. Osborne what exactly happened at the check cashing store
    located at 148 W.1St St.?

A.  I was on line at the check cashing place, along with alot of
    other people, who were also waiting in line, and the man I had
    the arguement with was at the counter, and started argueing with
    the teller at counter. I was behind him next in line. At that
    time I told him "Come on life is to short for you to be argueing
    over something so meaningless". He told me to shut up. I told
    him "who do you think your talking to like that?", he got right
    in my face and said "You Bitch", thats when I got nervous, and
    went outside, and got Dwayne Foster, who was waiting for me in
    the car, I told Dwayne what happened, and Dwayne then stepped
    out of the car, and at the time, The man Iyke was coming out of
    the store beheind me when I went to get Dwayne.

Q.  Ms.Osborne what if anything happened from that point?

A.  Dwayne was in the mans face and asked him, "Are you being
    dissrespectful to my wife?" After that they began to argue, so I
    turned to call the Police.

Q.  To the best of your knowledge did Dwayne, or Iyke begin to fight?

A.  No.

Q.  What if anything happened then?

A.  The police arrived on the scene, and one of the officers took me
    inside the check cashing place and asked me what happened , and
    I told him what I'm telling you now. When we came out of the
    check cashing place, the man said that Dwayne hit him , and
    wanted to press charges.

Q.  Was anyone arrested?

A.  No, the police documented our names and I told the cops that
    the man Iyke was calling someone and taking our license plate
    number.

Q.  Ms.Osborne did there ever come a time when you or Dwayne ever
    saw the Iyke Churchill again?

A.  Yes, not me however Dwayne did.

Q.  Do you recall when , or how many times?

A.  Three Additional times.

Q.  Do you recall exactly when or where?

A.    I just remember the 1 -t time, and that was at a gas
      station. Dwayne came    .ne and told me he ran into tha. .an from
      the check cashing place again, but this time the man "Iyke" was
      acting like he was going to pull out a gun it just so
      happened that Dwayne's friend pulled up in the gas station at
      the same time, and they beat the man up.

Q.    How bad did they beat him up?

A.    I don't know, it wasn't like Dwayne said he left him there
      bleeding or anything, I really don't know.

Q.    Do you know if Dwayne or any of his friends took anything from
      Iyke Churchill?

A.    No, I don't know.

Q.    Do you know around when this happened?

A.    It was December of 2006.

Q.    Do you remember if it was the begining or the end of December?

A.    The begining.

Q.    And you are certain that Iyke Churchill, and the person Dwayne
      was reffering to as the "Man from the check cashing store" are
      one in the same?

A.    Yes.

Q.    Ms.Osborne earlier you stated that Dwayne had three run in's
      with Iyke Churchill do you recall the other two?

A.    I just recall him telling me he ran into the man from the check
      cashing place, and that he kept popping up in different cars.
      And I told Dwayne to be careful, and that he needed to take
      this seriously, because there is a reason why he keeps popping
      up.

Q.    Earlier you stated the man Iyk Churchill was Haitian, why do
      you beleive that he was Haitian?

A.    Because he had a deep accent, I'm not positive if he was
      exactly Haitian I know he had an accent.

Q.    Ms.Osborne do you have anything further to add to this
      statement, that you can recall at this time?

A.    No, that's pretty much all I recall for know.

Montia Osborne: _Montia Osborne_ ___ (01-19-07).

Det.Baia#134: _____ . _____ (01-19-07).



I have identified picture # _3_ as the suspect on _4/9/06_ (Date)
as the person who had an altercation with myself and Dwayne Featherson
148 West 19t Street.

Signature: _M. Osborne_

Index No. 08CIV0255                                    Year 200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IYKE CHURCHILL,

                                 Plaintiff

                    -against-

CITY OF MOUNT VERNON, MOUNT VERNON POLICE
DEPARTMENT, LIEUTENANT ADINARO, DETECTIVE
ENZO BAIA, DETECTIVE BAILEY, DETECTIVE BONCARDO,
DETECTIVE FEGAN GEORGIO, DETECTIVE MASTROGIORGIO,
AND DETECTIVE OSSIBO

                                 Defendants

## DEFENDANT'S RULE 26(a) DISCLOSURE

**HELEN M. BLACKWOOD, ESQ.**
. Corporation Counsel

*Attorney for*

*Office and Post Office Address*
City Hall – Roosevelt Square
Mount Vernon, New York 10550
Telephone No. (914) 665-2366

Service of copy of the within                                    is hereby admitted.

Dated,

                                    Attorney(s) for

**PLEASE TAKE NOTICE**

☐    NOTICE OF        *that the within is a (certified) true copy of*              2008
     ENTRY           *entered in the office of the clerk of the within named court on*

☐    NOTICE OF        *that an Order of which the within is a true copy will be presented for settlement to the Hon.*
     SETTLEMENT                    *one of the judges of the within named Court,*
                     *at*
                     *on*      *2008,*      *at*           M.

     *Dated:*

                                              Office of the
                                              Corporation Counsel
                              *Attorney for*   *Defendant City of Mount Vernon*
                                              City Hall
                                              Mount Vernon, New York 10550

                     To
                     Attorney(s) for